UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELINE S.A., CHRISTIAN DIOR S.A., FENDI S.R.L. and LOEWE S.A., <br><br> *Plaintiffs* <br><br> v. <br><br> HONGKONG CSSBUY E-COMMERCE CO., LIMITED d/b/a CSSBUY, <br><br> *Defendant* | 24-cv-4627 (~~ALC~~) <br><br> **[PROPOSED]** <br> **UNSEALING ORDER** |

On Plaintiffs' application, this case is hereby UNSEALED. By **August 8, 2024**, Plaintiffs shall ensure that all documents filed to date appear on the docket—either by filing the documents anew or by working with the Clerk's Office (through the ECF Help Desk). ~~WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.~~

**SO ORDERED.**

SIGNED this 5th day of August, 2024, at 9:00 a.m.
New York, New York

*/s/ Jennifer H. Rearden*
JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE

~~HON. ANDREW L. CARTER~~
~~UNITED STATES DISTRICT JUDGE~~