UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELINE S.A. et al.,<br><br>       Plaintiffs,<br><br>    -v.-<br><br>HONGKONG CSSBUY E-COMMERCE CO., LIMITED, d/b/a CSSBUY d/b/a CSSBUY,<br><br>       Defendant. | 24 Civ. 4627 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  During today's telephone conference, the Court discussed with the parties the status of the case and of their efforts to settle, anticipated informal discovery, and the continued need for a temporary restraining order.

  For the reasons set out during the conference, the Amended Temporary Restraining Order entered on July 15, 2024 is hereby extended, on consent, through August 9, 2024. *See* Fed. R. Civ. P. 65(b)(2).

  SO ORDERED.

Dated: August 6, 2024
   New York, New York

                     *Jennifer H. Rearden*
                     JENNIFER H. REARDEN
                     United States District Judge