UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELINE S.A. et al.,<br><br>         Plaintiffs,<br><br>    -v.-<br><br>HONGKONG CSSBUY E-COMMERCE CO., LIMITED, d/b/a CSSBUY d/b/a CSSBUY,<br><br>         Defendant. | 24 Civ. 4627 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  During the August 6, 2024 telephone conference, the Amended Temporary Restraining Order entered on July 15, 2024 was extended, on consent, through August 9, 2024.  *See* ECF No. 9. In addition, the Court directed Defendant to file a letter by August 8, 2024 stating its position as to whether the Amended Temporary Restraining Order should be further extended.  Defendant did not file the letter.

  Consequently, the Court held a telephone conference on August 9, 2024 to discuss the status of the parties' settlement discussions, anticipated informal discovery, and any continuing need for a temporary restraining order.  At the conference, to allow the parties to exchange informal discovery and continue discussing a possible resolution, Defendant consented to extending the Amended Temporary Restraining Order entered on July 15, 2024 through September 10, 2024 at 5:00 p.m.

  Accordingly, the Amended Temporary Restraining Order entered on July 15, 2024 is hereby extended, on consent, through September 10, 2024 at 5:00 p.m.  *See* Fed. R. Civ. P. 65(b)(2).

  SO ORDERED.

Dated: August 9, 2024
    New York, New York

                   */s/ Jennifer H. Rearden*
                   JENNIFER H. REARDEN
                   United States District Judge