UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELINE S.A., et al.,<br><br>                              Plaintiffs,<br><br>               -v.-<br><br>HONGKONG SCCBUY E-COMMERCE CO.,<br>LIMITED, d/b/a CSSBUY,<br><br>                              Defendant. | 24 Civ. 4627 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court held a telephone conference on September 10, 2024 to discuss the status of the

parties' settlement discussions and informal discovery, and any continuing need for the

Amended Temporary Restraining Order.  At the conference, to allow the parties to continue

collecting and reviewing materials and discussing a possible resolution, *see* ECF No. 37 at 8,

Defendant consented to extending through October 9, 2024 at 5:00 p.m. the Amended

Temporary Restraining Order entered on July 15, 2024.  *See* ECF Nos. 30, 31 (previously

extending the Amended Temporary Restraining Order through August 9, 2024 and then through

September 10, 2024 at 5:00 p.m.).

Accordingly, as stated on the record on September 10, 2024, the Amended Temporary

Restraining Order entered on July 15, 2024 is extended, on consent, through October 9, 2024 at

5:00 p.m.  *See* Fed. R. Civ. P. 65(b)(2).

SO ORDERED.

Dated: September 30, 2024
       New York, New York

JENNIFER H. REARDEN
United States District Judge