UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELINE, S.A., *et al.*,<br><br>               **Plaintiffs**,<br><br>-against-<br><br>HONGKONG CSSBUY E-COMMERCE CO., LIMITED, *d/b/a* CSSBUY, *et al.*,<br><br>               **Defendant.** | 24-CV-04627<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The briefing schedule contained within Section II of the Court's prior Order granting Plaintiff's requested Temporary Restraining Order is amended as follows:

1. **July 26, 2024:** Defendant is hereby **ORDERED** to show cause before this Court on July 26, 2024 at 12:00 PM. **ALL PARTIES SHALL APPEAR AND SHOULD CONTACT THE COURT AT 1-888-363-4749 (ACCESS CODE: 3768660).** The previously entered Temporary Restraining Order is also extended to this date.

2. **July 17, 2024:** Opposing papers, if any, shall be electronically filed with the Court and served on Plaintiffs' counsel by delinering copies thereof to the offices of Epstein Drangel LLP at 60 East 42nd Street, Suite 1250, New York NY 10165, Attn: Jason M. Drangel.

3. **July 23, 2024:** Plaintiffs shall file any Reply papers on or before this date.

All other portions of the Court's prior Order granting Plaintiff's requested Temporary Restraining Order not amended herein are repeated and ordered as previously. The Court emphasizes again that Defendant is hereby given notice that failure to appear at the show cause hearing scheduled in Paragraph II(A) above may result in the imposition of a preliminary injunction against it pursuant to Fed. R. Civ. P. 65, which may take effect

immediately upon the expiration of this Order, and may extend throughout the length of the litigation under the same terms and conditions set forth in this Order.

**SO ORDERED.**

Dated: June 28, 2024
  New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**