UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELINE, S.A., *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> HONGKONG CSSBUY E-COMMERCE CO., LIMITED, *d/b/a* CSSBUY, *et al.*, <br><br> Defendant. | 24-CV-04627 <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The briefing schedule contained within Section II of the Court's prior Order granting Plaintiff's requested Temporary Restraining Order is amended as follows:

1. **July 31, 2024:** Defendant is hereby **ORDERED** to show cause before this Court on July 31, 2024 at 12:00 PM. **ALL PARTIES SHALL APPEAR AND SHOULD CONTACT THE COURT AT 1-888-363-4749 (ACCESS CODE: 3768660).** The previously entered Temporary Restraining Order is also extended to this date.

2. **July 30, 2024:** Plaintiffs shall file any Reply papers on or before this date.

**SO ORDERED.**

Dated: July 25, 2024
      New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**