UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELINE S.A., et al.,<br><br>       Plaintiffs,<br><br>   -v.-<br><br>HONGKONG CSSBUY E-COMMERCE CO., LIMITED d/b/a/ CSSBUY,<br><br>       Defendant. | 24 Civ. 4627 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  By **October 15, 2024**, the parties shall contact the Chambers of Magistrate Judge Jennifer Willis to schedule a settlement conference. The conference should take place at the earliest opportunity, and in no event no later than **October 25, 2024** (subject to Judge Willis's availability). By **October 28, 2024**, the parties shall file a joint letter stating their efforts to arrive at a disposition of this matter.

  SO ORDERED.

Dated: October 11, 2024
    New York, New York

                      _____
                      JENNIFER H. REARDEN
                      United States District Judge