UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CELINE S A., CHRISTIAN DIOR S.A.,
FENDI S.R.L., AND LOEWE S.A.,

                              Plaintiffs,                  **ORDER**

                                          **24-CV-4627 (JHR) (JW)**
                -against-

HONGKONG CSSBUY E-
COMMERCE CO., LIMITED, d/b/a
CSSBUY d/b/a CSSBUY,

                              Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties are ordered to file a joint status update on this matter and file a proposed case management plan in accordance with the instructions provided below **by January 10, 2025.**

      **Rule 26(f) Conference.** Counsel for the parties are directed to confer at least 21 days before the due date of the joint status update to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference.

      **Rule 16(b) Conference.** The parties will be required to discuss at the Rule 26(f) conference the subjects set forth in Rule 16(b) and (c) of the Federal Rules of Civil Procedure.

**Proposed Scheduling Order**.  Parties are directed to complete the Proposed Case Management Plan and Report of Rule 26(f) Meeting, at https://nysd.uscourts.gov/hon-jennifer-e-willis, and file it on ECF.

Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute.  Such letter, if any, must be submitted one week before the scheduled conference.  The letter shall be filed via ECF.

**Consent to Proceed Before the Magistrate Judge.**  The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c).  If all parties consent, they shall complete the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form available at https://nysd.uscourts.gov/hon-jennifer-e-willis and file such form with the Court.  This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

SO ORDERED.

DATED:   New York, New York
         December 12, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge