UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CELINE S.A. *et al.*,

                      Plaintiffs,                  **ORDER**

            -against-                  **24-CV-4627 (JHR) (JW)**

HONGKONG CSSBUY E-COMMERCE
CO., LIMITED, d/b/a CSSBUY,

                      Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of a motion to withdraw as counsel for Defendant from Attorney DeFilippis. Dkt. No. 76. A conference regarding this motion will be held on **July 2, 2025, at 10:00 AM** via Microsoft Teams. A Microsoft Teams link will be shared with counsel prior to the meeting. Counsel for Defendant is ordered to ensure a representative for Defendant HongKong CSSBuy E-Commerce Co., Limited. is present at the conference.

      The Court notes that Attorney Farco, also counsel for Defendant, previously filed a motion to withdraw that was marked as deficient. <u>See</u> Dkt. No. 73. Should Attorney Farco still wish to withdraw as counsel, he shall file a sufficient motion to withdraw **by June 30, 2025**, and appear at the July 2, 2025 conference.

      SO ORDERED.

DATED:    New York, New York
             June 25, 2025

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge