**NORRIS McLAUGHLIN** | P.A.
ATTORNEYS A[T LAW]

Danielle M. DeFilippis, Esq.
7 Times Square, 21st Fl.
New York, NY 10036
T: 212-808-0700
F: 212-808-0844

> This request is GRANTED. The Microsoft Teams conference on the motions to withdraw is rescheduled to **9:45 AM on July 2, 2025**. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> June 30, 2025

**VIA ECF**
Honorable Magistrate Judge Jennifer E. Willis
United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    ***Celine S.A., et al. v. HongKong CSSBuy E-Commerce Co., Limited***
              **Case No. 24-cv-4627 (ALC)**
              <u>**Request to change hearing time for motion**</u>

Dear Judge Willis:

      We are counsel of record to Defendant HongKong CSSBuy E-Commerce Co., Limited ("CSSBuy") in the above-referenced action. A motion to withdraw as counsel for CSSBuy is currently pending before Your Honor (Dkt. No. 76) and a hearing has been set for July 2, 2025, at 10:00 AM.

      We write to respectfully request a change to the hearing time of the motion. The undersigned has a pre-planned commitment with a client out of state between 10:00 AM and 12:00 PM that day. The remainder of the week is available, including the afternoon of July 2nd, if the Court is able to accommodate a change to the hearing time.

      We thank the Court for its time and consideration.

                                                  Respectfully submitted,

                                                   Danielle M. DeFilippis
                                                  Norris McLaughlin, P.A.

cc: All Counsel of Record (Via ECF)